This memorandum is uncorrected and subject to revision before publication in the New York Reports.
----------------------------------------------------------------

No. 210  SSM 22
Switzerland Green,
              Appellant,
         v.
Metropolitan Transportation
Authority Bus Company, et al.,
              Respondents,
Tyese Laws, et al.,
              Defendants.
-------------------------------
Tyese Laws,
              Appellant,
         v.
Metropolitan Transportation
Authority Bus Company, et al.,
              Respondents.


         Submitted by Laurence M. Savedoff, for appellant Green.
         Submitted by Jay L. T. Breakstone, for appellant Laws.
         Submitted by Arjay G. Yao, for respondents Metropolitan
Transportation Authority Bus Company et al.



*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules, order, insofar as appeal from, reversed, with costs; motion of defendants Metropolitan Transportation Authority Bus Company and Isael Reyes for summary judgment denied; and certified question not answered as unnecessary.  On this record, whether the emergency doctrine precludes liability presents a question of fact and, therefore, summary judgment for defendants Metropolitan Transportation Authority Bus Company and Isael Reyes was inappropriate.  Chief Judge Lippman and Judges Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.


Decided November 19, 2015